UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPERIOR MEDICAL RESPONSE INC. ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CAPITOL SPECIALTY INSURANCE INC.) <br> ) <br> Defendant ) <br> ) <br> _____ ) | Case 1:20-cv-17452-RMB-AMD |

**PROPOSED ORDER**

Upon consideration of Defendant's Motion to Join Additional Party to Counterclaim, the accompanying brief, any opposition thereto, and the entire record herein, it is by the Court this day of _____ , 2021,

ORDERED that the Motion is hereby GRANTED on the grounds set forth in the Motion and accompanying brief; and it is,

FURTHER ORDERED that ModivCare LLC, formerly known as LogistiCare Inc. ("LogistiCare"), is joined as a defendant to the counterclaim set upon Defendant's answer in this action; and it is,

FURTHER ORDERED that the Clerk of Court shall issue a summons to be served on LogistiCare as required by the Federal Rules of Civil Procedure.

SO ORDERED.

_____
MAGISTRATE JUDGE ANN MARIE DONIO
U.S. District Court for the District of New Jersey