[D.I. 13]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SUPERIOR MEDICAL RESPONSE INC., <br><br> Plaintiff, <br><br> v. <br><br> CAPITOL SPECIALTY INSURANCE INC., <br><br> Defendant. | Civil No. 20-17452 (RMB/AMD) |

## ORDER

This matter having come before the Court by way of motion [D.I. 13] of Defendant Capitol Specialty Insurance Corporation seeking a continuance of the initial conference, presently scheduled for April 27, 2021, for thirty days given the pendency of Defendant's separate motion to join an additional party to the counterclaim; and Defendant noting that Plaintiff consents to the request for a continuance of the initial conference; and the Court finding good cause pursuant to FED. R. CIV. P. 6(b)(1) to continue the initial conference until Defendant's motion to join an additional party is resolved; and the Court having decided this matter pursuant to Fed. R. Civ. P. 78(b);

IT IS on this **6th** day **April 2021**:

**ORDERED** that Defendant's motion [D.I. 13] for a continuance of the initial conference shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that the initial conference scheduled for April 27, 2021 shall be, and is hereby, **ADJOURNED**, and the Court shall schedule a date for the initial conference upon resolution of Defendant's motion [D.I. 10] to join an additional party to the counterclaim.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Renée Marie Bumb