## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| SUPERIOR MEDICAL RESPONSE, INC. | : |
| and MODIVCARE SOLUTIONS, L.L.C. | : |
| (f/k/a/ LogistiCare Solutions, L.L.C.) | : Civil Action No. 1:20-CV-17452-RMB |
| | : |
| Plaintiffs/Counterclaim Defendants | : |
| | : |
| v. | : |
| | : |
| CAPITOL SPECIALTY INSURANCE, INC. | : |
| Defendant/Counterclaim Plaintiff | : |

_____

### CERTIFICATE OF SERVICE

I, Jason T. LaRocco, Esquire, hereby certify that a true and correct copy of the foregoing Answer to Capitol Specialty Insurance, Inc's Counterclaim with Affirmative Defenses, Claim for Declaratory Relief and Crossclaim was served this day, via E-filing and Email upon the following:

| | |
|---|---|
| Kristin H. Jones, Esquire | Shermineh C. Jones, Esquire |
| Troutman Pepper Hamilton Sanders, LLP | Troutman Pepper Hamilton Sanders, LLP |
| 3000 Two Logan Square, | 401 9th St., NW, Suite 1000 |
| Eighteenth and Arch Streets | Washington, DC, 2004 |
| Philadelphia, PA, 19103 | shermineh.jones@troutman.com |
| kristin.jones@troutman.com | **Counsel for Capitol Specialty Ins., Inc.** |
| **Counsel for Capitol Specialty Ins., Inc.** | |

18

Alexander Kadochnikov, Esquire
80-02 Kew Gardens Rd., Suite 600
Kew Gardens, NY, 11415
akadochnikov@sbagk.com
**Counsel for Superior Medical Response, Inc.**

                        **REGER RIZZO & DARNALL, L.L.P.**

BY:    ***Jason T. LaRocco   /s/***
           Jason T. LaRocco, Esquire
           The Cira Centre, 13th Floor
           2929 Arch St., Philadelphia, PA, 19104
           Phone: (215) 495-6505
           jlarocco@regerlaw.com
           *Attorney for Plaintiff/Counterclaim*
           *Defendant, ModivCare Solutions, L.L.C.*

Date: May 20, 2021