# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| SUPERIOR MEDICAL RESPONSE, INC. and MODIVCARE SOLUTIONS, L.L.C. (f/k/a/ LogistiCare Solutions, L.L.C.) | : <br> : <br> : Civil Action No. 1:20-CV-17452-RMB <br> : |
| Plaintiffs/Counterclaim Defendants | : <br> : |
| v. | : <br> : |
| CAPITOL SPECIALTY INSURANCE, INC. <br> Defendant/Counterclaim Plaintiff | : <br> : |

_____

## DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING PURSUANT TO CIV. RULE 7.1.1

The undersigned counsel for Plaintiff/Counterclaim Defendant, ModivCare Solutions, L.L.C., hereby certifies that no funding is being received on a non-recourse basis in connection with the litigation of this matter.

**REGER RIZZO & DARNALL, L.L.P.**

BY: /s/ JASON T. LaROCCO_____
**JASON T. LaROCCO, ESQUIRE**
NJ Bar ID No.: 019262001
The Cira Centre, Suite 1300
2929 Arch St., Philadelphia, PA, 19104
Attorney for Plaintiff/Counterclaim Defendant,
ModivCare Solutions, L.L.C.

Dated: June 30, 2021