[D.I. 43]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SUPERIOR MEDICAL RESPONSE INC., <br><br> Plaintiff, <br><br> v. <br><br> CAPITOL SPECIALTY INSURANCE INC., et al., <br><br> Defendants. | Civil No. 20-17452 (RMB/AMD) |

**<u>ORDER</u>**

This matter having come before the Court by way of joint motion [D.I. 43] of the parties seeking a ninety-day stay of this action; and the Court noting that this action involves an insurance coverage dispute arising from an underlying negligence action brought by Thomas Tafrow in the Superior Court of New Jersey; and the Court having granted two prior requests for a stay of proceedings because Mr. Tafrow has died and the parties sought a stay until a personal representative was appointed on behalf of Mr. Tafrow's estate; and the parties now jointly moving to further extend the stay for ninety days because a personal representative still has not been appointed on behalf of the estate of Mr. Tafrow; and the parties representing that Mr. Tafrow's counsel has filed

a letter indicating that "an estate attorney has been hired" and anticipates that an administratrix will be appointed within the next 90 days (Joint Motion for Additional 90-Day Stay of Action [D.I. 43], p. 2); and the Court noting that pursuant to Federal Rule of Civil Procedure 26(c), the Court may stay discovery upon a showing of good cause by the party requesting the stay, FED. R. CIV. P. 26(c); and the Court having previously found good cause for a stay of these proceedings until a personal representative of the estate of Mr. Tafrow is appointed; and the Court similarly finding good cause to extend the stay as a personal representative has not yet been appointed at this time; and the Court having decided this matter pursuant to Federal Rule of Civil Procedure 78(b); and for good cause shown:

IT IS on this **13th** day of **September 2021,**

**ORDERED** that the joint motion to stay [D.I. 43] this matter for an additional ninety days shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that this action and all deadlines shall be stayed for an additional ninety days; and it is further

**ORDERED** that any party may move to dissolve the stay by way of letter application; and it is further

**ORDERED** that the telephone conference presently scheduled for September 16, 2021 is adjourned; and it is further

**ORDERED** that the Court will conduct a telephone conference on **December 20, 2021 at 11:00 A.M.** Counsel shall utilize the following dial-in instructions for the conference call: 1-888-684-8852 / 2828702# / 654321#.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Renée Marie Bumb