UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPERIOR MEDICAL RESPONSE, INC. and MODIVCARE SOLUTIONS, L.L.C. (f/k/a/ LogistiCare Solutions, L.L.C.)  Plaintiffs/Counterclaim Defendants/ Cross-defendant  v.  CAPITOL SPECIALTY INSURANCE, INC.   Defendant/Counterclaim Plaintiff | : : : : Civil Action No. 1:20-CV-17452-RMB : : : : : : : : : |

**PROPOSED ORDER**

Upon consideration of the Parties' Joint Motion for Additional 30-Day Stay of Action, and the entire record herein, and it appearing to the Court that good cause exists for the relief requested, it is by the Court this day of _____ , 2021,

ORDERED that the Motion is hereby GRANTED for the good cause shown; and it is,

FURTHER ORDERED that the action is STAYED for 30 days until January 20, 2022; and it is,

FURTHER ORDERED that the Parties shall file a status report on or before January 17, 2022 advising the Court as to whether the STAY should be lifted or extended; and it is,

FURTHER ORDERED that the telephone hearing currently set for December 20, 2021 is VACATED.

SO ORDERED.

_____
JUDGE ANN MARIE DONIO
U.S. District Court for the
District of New Jersey