UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SUPERIOR MEDICAL RESPONSE, INC.        :
and MODIVCARE SOLUTIONS, L.L.C.        :
(f/k/a/ LogistiCare Solutions, L.L.C.)        : Civil Action No. 1:20-CV-17452-RMB
                                       :
    Plaintiffs/Counterclaim Defendants/        :
    Cross-defendant                    :
                                       :
v.                                     :
                                       :
CAPITOL SPECIALTY INSURANCE, INC.      :
    Defendant/Counterclaim Plaintiff        :

**ORDER**

Upon consideration of the Parties' Joint Motion for Additional 30-Day Stay of Action, and the entire record herein, and it appearing to the Court that good cause exists for the relief requested, it is by the Court this 17th day of December 2021,

ORDERED that the Motion is hereby GRANTED for the good cause shown; and it is,

FURTHER ORDERED that the action is STAYED for 30 days until January 20, 2022; and it is,

FURTHER ORDERED that the Parties shall file a status report on or before January 17, 2022 advising the Court as to whether the STAY should be lifted or extended; and it is,

FURTHER ORDERED that the telephone hearing currently set for December 20, 2021 is ~~VACATED.~~  ADJOURNED

SO ORDERED.

_____
JUDGE ANN MARIE DONIO
U.S. Magistrate Judge