[D.I. 54]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SUPERIOR MEDICAL RESPONSE INC., <br><br> Plaintiff, <br><br> v. <br><br> CAPITOL SPECIALTY INSURANCE INC., et al., <br><br> Defendants. | Civil No. 20-17452 (CPO/AMD) |

**ORDER**

This matter having come before the Court by way of joint motion [D.I. 54] of all parties seeking a settlement conference and a stay of proceedings until the conclusion of the settlement conference; and the Court having considered the submission of parties and having decided this matter pursuant to Federal Rule of Civil Procedure 78(b); and for good cause shown:

IT IS on this **27th** day of **May 2022,**

**ORDERED** that the joint motion to stay [D.I. 54] shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that the Court will conduct a settlement conference on **July 6, 2022 at 11:30 A.M.** Counsel shall utilize the following dial-in instructions for the conference: 1-888-684-8852

/ 2828702# / 654321#. Clients with settlement authority should be directed to be available by telephone. Counsel shall **EXCHANGE** and submit settlement memoranda to Chambers via email at njdnef_donio@njd.uscourts.gov at least one week prior to the conference; and it is further

      **ORDERED** that this action and all deadlines shall be stayed until the Court conducts the settlement conference; and it is further

      **ORDERED** that any party may move to dissolve the stay by way of letter application.

                        s/ Ann Marie Donio
                        ANN MARIE DONIO
                        UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Christine P. O'Hearn